U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    **FEB 2 3 2000**

LORETTA G. WHYTE _TG_
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**KENDRICK LEE REDDICK**                          **CIVIL ACTION**

**VERSUS**                                        **NO. 00-314**

**DEPUTY RECO ET AL.**                            **SECTION "S" (5)**

### ORDER

The plaintiff Kendrick Lee Reddick, a convicted prisoner housed at the St. Bernard Parish

Prison, has filed this *pro se* and *in forma pauperis* civil rights complaint pursuant to 42 U.S.C. §

1983 against two officers at that facility identified as Deputies Reco and Miller. The plaintiff claims

that on December 30, 1999, he refused to submit to a strip search. He states that he then complied

with the officers' order to lie in a prone position on the ground. The plaintiff claims that he was then

sprayed in the face with mace while lying prone and unclothed on the floor of his cell.

The Court must initially review prisoner complaints against governmental entities, employees

or officers, and and dismiss those which are frivolous, malicious, fail to state a claim for which relief

may be granted, or seek monetary relief from a defendant who is immune from suit. *See* 28 U.S.C.

§ 1915(e)(2); *see also* 28 U.S.C. § 1915A. A review of the complaint reveals that the plaintiff's

factual allegations have not been sufficiently developed. *See Elliott v. Perez*, 751 F.2d 1472 (5th

Cir. 1985). In order to determine whether the plaintiff may have suffered a constitutional violation,

the plaintiff must submit a statement of the facts of his claim, and the Court must examine the

DATE OF ENTRY __FEB 2 5 2000__



_Fee_____
_Process___TG_
X_Dktd___TG_
_CtRmDep._
_Doc.No._3_

plaintiff's prison medical records.

Accordingly,

**IT IS ORDERED** that, on or before March 9, 2000, the plaintiff submit the following information to the court:

1.   a written statement of the facts to support his claims,

2.   a complete and specific list of all documents, if any, to be offered at trial,

3.   a complete list of all witnesses to be called at trial, if any, including:

   a.   the name and address of each witness, and
   b.   a summary of the expected testimony of each witness,

4.   a written list of the full names of all persons at the prison whom the plaintiff contends violated his constitutional rights.

**IT IS FURTHER ORDERED** that, on or before March 9, 2000, Warden Forrest Bethay, or his successor or designee, submit copies of the written administrative grievances submitted by the plaintiff during his incarceration at the St. Bernard Parish Jail, including any appeals or steps taken therefrom, as well as copies of the plaintiff's medical records from his incarceration, to the undersigned magistrate judge at 500 Camp Street, Room C-151, New Orleans, LA 70130.

**The plaintiff shall conduct no discovery until authorized to do so by the Court. Any discovery initiated in violation of this order will be stricken from the record.**

New Orleans, Louisiana, this _23_ day of _February_, 2000.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2