

MINUTE ENTRY
CHASEZ, M.J.
MARCH 15, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENDRICK LEE REDDICK                    CIVIL ACTION

VERSUS                                  NUMBER: 00-0314

DEPUTY RECO, ET AL                      SECTION: "S"(5)

A preliminary conference in the above matter is hereby **SCHEDULED** for April 7, 2000 at 3:00 p.m. before Magistrate Judge Alma L. Chasez. The parties shall participate via telephone with the Magistrate Judge's office initiating the conference.

The Warden of St. Bernard Parish Jail is hereby **ORDERED** to make the plaintiff, Kendrick Lee Reddick, available for this conference. The Warden is further **ORDERED** to advise the undersigned of a telephone number by which the plaintiff may be contacted for the conference. This is to be accomplished upon receipt of this minute entry.



DATE OF ENTRY MAR 16 2000

The Clerk is directed to forward a copy of this minute entry to the plaintiff at his address of record and also to counsel for the defense, Mary Ann Hand, Gutierrez & Hand, 2137 Jackson Boulevard, Chalmette, Louisiana, 70043.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE