FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 19 P 2: 26

LORETTA G. [WHYTE]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENDRICK LEE REDDICK | CIVIL ACTION |
| VERSUS | NUMBER: 00-314 |
| DEPUTY RICKY RECO, ET AL. | SECTION: "S"(5) |

O R D E R

**IT IS ORDERED** that the Warden of St. Bernard Parish Jail shall make the plaintiff, Kendrick Lee Reddick, available via telephone to give testimony in the trial of the above matter scheduled for August 21, 2000 at 10:00 a.m. before the undersigned. The Magistrate Judge's office will initiate the conference. Counsel for the defense and/or any witnesses shall appear in person in the chambers of the undersigned on the date of trial.

The Clerk is directed to forward a copy of this minute entry to the plaintiff, to the Warden of St. Bernard Parish Jail and also to counsel for the defense.

New Orleans, Louisiana, this 19th day of April, 2000.

DATE OF ENTRY
APR 19 2000

Fee_____
Process_____
X Dktd ___TG___
CtRmDep_____
Doc.No. 8

*alc*
_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE