

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

KENDRICK LEE REDDICK                          CIVIL ACTION

VERSUS                                        NO. 00-0314

RICKY RECO, ET AL                             SECTION "S"(5)

## ORDER TO CUSTODIAN

KENDRICK LEE REDDICK is the plaintiff in the above captioned <u>in forma pauperis</u> action. The Court has been informed that plaintiff has been transferred to St. Bernard Parish Prison. Prior to his transfer, no funds had yet been deducted from his prisoner account toward the payment of the $150 filing fee in this matter. Accordingly,

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), the warden, sheriff, his successor or his designee shall withhold 20 percent of the preceding month's income credited to the plaintiff's prisoner account and forward payments to the Clerk of Court when the balance in the account exceeds $10. This order shall continue until the full balance of $150 is collected from plaintiff's prisoner account or the plaintiff is transferred or released from your custody. The payments are to be forwarded to the Clerk of Court, 500 Camp Street, Room C-151, New Orleans, Louisiana, 70130.

DATE OF ENTRY
MAY 3 1 2000



Each payment shall bear the plaintiff's name and the above civil action number.

**IT IS FURTHER ORDERED** that, if plaintiff is transferred to a another facility or released from custody, the warden, sheriff, his successor or his designee shall notify the Court of plaintiff's new facility or forwarding address within 30 days of plaintiff's transfer or release.

New Orleans, Louisiana, this 30 day of May, 2000.

```
                               Alma L Chasez
                        UNITED STATES MAGISTRATE JUDGE
```

**Clerk to serve:**

**Warden or Custodian**
**St. Bernard Parish Prison**