```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2000 AUG -8  PM 3:49

                                          LORETTA G. WHYTE
                                               CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
AUGUST 7, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENDRICK LEE REDDICK                        CIVIL ACTION

VERSUS                                      NUMBER: 00-0314

DEPUTY RICKOLL, ET AL.                      SECTION: "S"(5)


A status conference will be conducted herein on August 21, 2000 at 10:00 a.m. The motion to continue the trial filed by defendants will be taken up at that time. Plaintiff is to appear personally for this conference.

The Clerk is directed to forward a copy of this minute entry to the plaintiff at his last known address: 1832 Sabastopol, St. Bernard, Louisiana 70085.

                                    _____
                                         ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 0 9 2000