

```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA
                 OCT 24 2000
              2000 OCT 24  PM 1:00
              LORETTA G. WHYTE
                     CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENDRICK LEE REDDICK                CIVIL ACTION

VERSUS                              NUMBER: 00-314

DEPUTY RECO, ET AL.                 SECTION: "S"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** for failure to prosecute.

DATE OF ENTRY
OCT 26 2000

New Orleans, Louisiana, this __23__ day of __October__, 2000.

                                           UNITED STATES DISTRICT JUDGE