

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENDRICK LEE REDDICK**                    CIVIL ACTION

**VERSUS**                                  NO: 00-0314

**DEPUTY RECO, ET AL.**                     SECTION: "S" (5)


J U D G M E N T


**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendants, Deputies Ricky Reco, Paul Miller, and Raymond Rickoll, and against the plaintiff, Kendrick Lee Reddick, dismissing the complaint.


New Orleans, Louisiana, this  25  day of October, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE


DATE OF ENTRY
OCT 2 6 2000

